IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Civil Action No. 5:25-cv-00209

| | | |
|---|---|---|
| FRY DESIGN COMPANY, LLC | ) | |
| | ) | |
| Plaintiff, | ) | MOTION TO AMEND |
| v. | ) | COMPLAINT |
| | ) | |
| THE BARNDO CO LLC, | ) | |
| THE BARNDOMINIUM CO., LLC, | ) | |
| ROSS LEDFORD, AND T.J. NORRIS | ) | |
| | ) | |
| Defendants. | | |

Plaintiff respectfully moves the Court pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure for leave to file an Amended Complaint to add a new count, and in support of this motion states as follows:

1. Plaintiff filed the original Complaint on April 21, 2025 asserting claims against The Barndo Co LLC for violation of the Digital Millennium Copyright Act, 178 U.S.C. §1202 et seq.. Doc. 1.

2. Before an answer was filed, Counsel for The Barndo Co LLC called Plaintiff's counsel and raised questions about the proper party. Based on discussion with counsel for The Barndo Co LLC, Plaintiff filed an Amended Complaint naming the Barndominium Co., LLC as an additional party.

1

3. On July 15, Defendants moved to dismiss the Amended Complaint under Fed. R. Civ. P. 12(b)(6) for failure to state a claim. The motion has been fully briefed and is ready for the Court's decision.

4. Defendants have not yet filed an answer to the Amended Complaint.

5. Subsequent to the filing of the Amended Complaint, and following briefing on the motion to dismiss, Plaintiff received registration certificates for ten (10) of the Fry Design Plans that are believed to be infringed by Defendants.

6. Plaintiff seeks to amend the complaint a second time to add claims for copyright infringement as well as to add claims against two additional defendants. Plaintiff was unable to assert the copyright infringement claim previously because the registration certificates had not been issued.

7. Under Rule 15(a)(2), the Court should freely give leave to amend when justice so requires.

8. This amendment will not unduly prejudice the Defendant, cause undue delay, or be made in bad faith.

9. Plaintiff's Counsel has made multiple attempts to confer with the counsel for Defendants The Barndo Co LLC and Barndominium Co., LLC to obtain consent. The requests have not been answered.

10. A copy of the proposed Second Amended Complaint with its Exhibits is attached as Exhibit A.

WHEREFORE, Plaintiff respectfully requests that the Court grant leave to file the attached Amended Complaint adding the new count and two additional defendants, and for such other relief as the Court deems just and proper.

This 17th day of October 2025.

By:/s/ David E. Bennett
 David E. Bennett
N.C. State Bar No. 12864
COATS & BENNETT, PLLC
1400 Crescent Green, Suite 300
Cary, North Carolina 27518
Telephone: (919) 719-4837
Facsimile: (919) 719-4885
dbennett@coatsandbennett.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **MOTION TO AMEND COMPLAINT** with the Clerk of Court using the CM/ECF system, which will give notice of such filing to all attorneys currently of record in the above-captioned case.

This 17th day of October 2025.

By:/s/ David E. Bennett
 David E. Bennett
N.C. State Bar No. 12864
COATS & BENNETT, PLLC
1400 Crescent Green, Suite 300
Cary, North Carolina 27518
Telephone: (919) 719-4837
Facsimile: (919) 719-4885
dbennett@coatsandbennett.com
*Counsel for Plaintiff*